IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| GLOBAL RECYCLING, SA,<br><br>　　　　　　Plaintiff,<br>v.<br>MONTCLAIR TECHNOLOGY, LLC et al.,<br><br>　　　　　　Defendants. | MEMORANDUM DECISION AND ORDER DENYING SHORT FORM DISCOVERY MOTION<br><br>Case No. 2:16-cv-1038 JNP<br><br>District Judge Jill Parrish<br><br>Magistrate Judge Brooke Wells |

　　　　Plaintiff Global Recycling, SA seeks to compel Defendants to supplement their discovery responses.[1] In response "Defendants have agreed and are not resisting supplementing its discovery responses …."[2] Defendants have in good faith submitted and supplied the additional requested information. Having reviewed the parties' submissions the court commends Defendants for their cooperation.

　　　　"Cooperation among counsel is not only helpful, but required, and the court has the duty to ensure that such cooperation is forthcoming."[3] "The cooperation process should involve information sharing and dialogue in an attempt to resolve discovery disputes without the necessity of the Court ruling on each issue in dispute."[4] In the ideal world discovery should require at most infrequent court involvement because discovery is designed to be extrajudicial and self-executing.[5]

---

[1] Docket no. 30.

[2] Op. p. 2, docket no. 33.

[3] *State of Ohio v. Crofters, Inc.*, 75 F.R.D. 12, 21 (D. Colo. 1977), aff'd sub nom. *State of Ohio v. Arthur Andersen & Co.*, 570 F.2d 1370, (10th Cir. 1978).

[4] *High Point SARL v. Sprint Nextel Corp.*, 2012 WL 234024 at *5 (D. Kan. Jan. 25, 2012).

[5] *See* Fed. R. Civ. P. 26; *Selecticia, Inc. v. Novatus, Inc.* 2014 WL 1930426 at *2 (M.D. Florida May 14, 2014).

Based upon Defendants representation that discovery has been supplemented and the attachments Defendants provide in their response to the motion, the court DENIES the short form discovery motion.

IT IS SO ORDERED.

DATED this 15 September 2017.

_____
Brooke C. Wells
United States Magistrate Judge